**CANDACE C. DAVENPORT, SBN# 65586**
Attorney at Law
1703 Fifth Ave.  Ste. 204
San Rafael, California 94901
(415) 456-3606
candace_c_davenport@yahoo.com

Attorney for Plaintiff
GREG P. PISTOCHINI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREG P. PISTOCHINI, ) | |
| ) | |
| Plaintiff, ) | C-06-4815 PJH |
| ) | |
| vs. ) | STIPULATION AND ORDER |
| ) | EXTENDING TIME TO FILE |
| JO ANNE B. BARNHART, ) | PLAINTIFF'S SUMMARY |
| Commissioner of Social ) | JUDGMENT MOTION |
| Security Administration ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____) | |

IT IS HEREBY STIPULATED by and between the undersigned parties, subject to the approval of the Court, that plaintiff, GREG P. PISTOCHINI, may have an extension of 60 days from the date of this order, to file his Summary Judgment Motion.

Dated: 12/22/06               /S/ Candace C. Davenport
                              CANDACE C. DAVENPORT
                              Attorney for Plaintiff

                              KEVIN V. RYAN
                              United States Attorney

Dated: 12/27/06               By:/S/ Sara Winslow
                              SARA WINSLOW
                              Assistant US Attorney

APPROVED AND SO ORDERED:

Dated: 1/4/07
                              IT IS SO ORDERED
                              Judge Phyllis J. Hamilton
                              PHYLLIS J. HAMILTON
                              United States District Judge