**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREG G. PISTOCHINI,

    Plaintiff,

No. C 06-4815 PJH

**ORDER TO SHOW CAUSE**

    v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.
_____/

    This appeal from a decision by the Commissioner of Social Security was filed on August 8, 2006. Defendant answered on November 15, 2006. According to Civil Local Rule 16-5, plaintiff was required to "file a motion for summary judgment pursuant to Civil L.R. 7-2 and FRCivP 56" by December 15, 2006. On December 30, 2006, more than two weeks after the original deadline, plaintiff, who is represented by counsel, requested an extension of time to file his motion on February 22, 2007. As of today's date, plaintiff still has not filed his motion.

    Plaintiff is hereby ordered to file and serve his motion for summary judgment, along with a declaration establishing good cause for his failure to meet the February 22, 2007 deadline. The motion and declaration must be filed within **ten days** of the date of this order. Plaintiff is advised that if he fails to file his motion and declaration, his appeal will be dismissed with prejudice with no further hearing or briefing for failure to prosecute.

**IT IS SO ORDERED.**

Dated: March 16, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge