UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREG G. PISTOCHINI,

    Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner of Social Security,[1]

    Defendant.

_____/

No. C 06-4815 PJH

**JUDGMENT**

This action having come before the court on the parties' cross-motions for summary judgment and the court having denied plaintiff's motion,

    it is Ordered and Adjudged

    that the Commissioner's final decision is affirmed pursuant to sentence four of 42 U.S.C. § 405(g). This constitutes a final judgment under Federal Rules of Civil Procedure 58, and closes the case and terminates all pending motions.

    **IT IS SO ORDERED.**

Dated: August 16, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge

---

[1] Michael J. Astrue became the Commissioner of Social Security on February 12, 2007. Pursuant to Rule 25, subsection (d) of the Federal Rules of Civil Procedure, Astrue has been substituted for former Commissioner Jo Anne B. Barhnart as the defendant in this case.